UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: )
)
) Chapter 13
Demeko Beck )
)
)
(Debtor) ) 10-47138
)
)

**DEBTORS' APPLICATION TO PAY FILING FEE**
**THROUGH THE CHAPTER 13 PLAN**

COMES NOW, Douglas M. Heagler, attorney for Debtors, and requests the court allow Debtor to pay her filing fee through her chapter 13 plan , in accordance with Fed. R. Bankr. P. 1006, and Debtor further states:

1. Debtor is unable to pay her filing fee except through the plan or after his next pay period from his employment
2. Until the filing fee is paid in full, Debtor will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
3. Debtor understands that if he fails to pay his filing fee in accordance with any order issued by this court that her case may be dismissed and he may not receive a discharge of his debts.
4. The amount due for Debtor filing fee is $274.00.
5. Debtor has not made any pre-filing payment for attorney fees in the present case

/s/ Douglas M. Heagler          06/26/10
Signature of Attorney


 /s/ Demeko Beck___   06/26/10_____
Signature of Debtor          Date